STATE *v.* JAMES G. WISEMAN.

Where the transcript of the record of an indictment, &c., for a misdemeanor, which had been removed by affidavit from another county, failed to show that the defendant had pleaded, and thereupon, the Solicitor for the State having suggested a diminution of the record therein, this was admitted by the defendant who stated that he had pleaded Not Guilty, and was willing that the record should be amended so as to show it; *Held,* to have been competent for the Court to make such amendment, and that the Solicitor had no right to appeal from the order.

AMENDMENT of a transcript, ordered by *Henry, J.,* at Spring Term 1869, of the Superior Court of McDOWELL.

The defendant had been indicted in Mitchell County for cheating; and upon his affidavit, the case was removed at Fall Term 1866, to McDowell, for trial. At the last term the Solicitor for the State suggested a diminution of the record, in that the transcript from Mitchell did not show that issue had been joined. This was admitted by the defendant; who also agreed that he had pleaded to the indictment, Not Guilty, and consented that the record might now be amended accordingly.

His Honor permitted the amendment, and the Solicitor, being dissatisfied with such order, appealed.

*Attorney General,* for the State.
No counsel, *contra.*

MILLER *v.* ATKINSON.

PEARSON, C. J. The alteration made in the record by the consent of the defendant answered every purpose that could have been effected by the *certiorari*, and we are at a loss to see what more the Solicitor for the State expected or desired. We are not at liberty to suppose that the object was to gain a continuance.

At all events the appeal was improvidently allowed by his Honor. Let it be dismissed.

PER CURIAM.                              Appeal dismissed.